IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 5:20-CR-254-2D

UNITED STATES OF AMERICA

v.

MYRON OMAR WILLIAMS,

## ORDER TO SEAL

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's Sentencing Memorandum (CM/ECF # 64) in the above captioned matter, be sealed until such time as requested to be unsealed by the Defendant.

This the 18 day of May, 2021.

JAMES C. DEVER III
UNITED STATES DISTRICT JUDGE