UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:20-CR-254-2D

UNITED STATES OF AMERICA

v.

MYRON OMAR WILLIAMS

ORDER

Upon Motion of the Defendant, it is hereby ORDERED that the Defendant's

Memorandum (D.E. #94) in the above captioned matter, be sealed until such time as

requested to be unsealed by the Defendant.

So ORDERED, the ___7___ day of September, 2021.

James C. Dever, III
U.S. DISTRICT JUDGE